

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-18-00760-CV

John Loan **PRICE,**
Appellant

v.

**MG BUILDING MATERIALS, LTD.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 20417CV05199
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by December 31, 2018. Neither the brief nor a motion for extension of time was filed. On January 7, 2019, this court ordered appellant to file, by January 22, 2019, a brief **and** a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.

One day after the deadline, on January 23, 2019, appellant filed a brief but did not file a written response as required by the January 7 order. Accordingly, appellant's late-filed brief will not be accepted until appellant files a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a written response within ten (10) days of the date of this order, we will dismiss the appeal. *See* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court